UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SHIRLEY BIRKHEAD

    Plaintiff,                 **JURY TRIAL**

V.                                 CIVIL ACTION NO
                                    08CV264 (WMN)

COLLECTECH SYSTEMS INCORPORATED

Defendant.                       APRIL 2, 2008

## STIPULATION FOR DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                     THE PLAINTIFF

                     BY/S/Bernard T. Kennedy
                       Bernard T. Kennedy, Esquire
                       207 Miles River Court
                       Odenton, MD 21113
                       Ph   (410) 305-4000
                       Fax (410) 305-4005
                       Fed. Bar # Md26843
                       bernardtkennedy@yahoo

## *CERTIFICATION*

I hereby certify that on 4/2/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


BY/S/Bernard T. Kennedy